EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Medidas Judiciales para atender emergencias causadas por la tormenta tropical Emily | 2011 TSPR 109<br><br>182 DPR ____ |

Número del Caso: EM-2011-05


Fecha: 2 de agosto de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender emergencias causadas
por la tormenta tropical
Emily

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de agosto de 2011.

Ayer, 1 de agosto de 2011, el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical e inundaciones para Puerto Rico. En vista de ello y salvaguardando la seguridad de los empleados, funcionarios y la ciudadanía que acude a los Tribunales, se decretó la suspensión de los trabajos en la Rama Judicial y el cierre de las Secretarías y de los Tribunales durante todo el día de hoy, 2 de agosto de 2011, con cargo a la licencia por desastre natural.

Como resultado de lo anterior y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los artículos 399 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el día de hoy, 2 de agosto de 2011, como si fuera un día feriado.

Cualquier término a vencer ese día se extenderá hasta el próximo día laborable, 3 de agosto de 2011.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.


                          Larissa Ortiz Modestti
                Secretaria del Tribunal Supremo, Interina